**UNITED STATES COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:24-cv-24068-FAM**

MARTIN BORKAN an individual, and
MSB HOSPITALITY, LLC, a
Florida Limited Liability Company

Plaintiffs,

v.

SOMETHING GOOD SUPPER CLUB, LLC, a
Delaware Limited Liability Company,
SOMETHING SHORT, LLC, a Delaware Limited Liability Company,
SANDO SUPPPLIES, LLC, a
New York Limited Liability Company,
ILAN KHUTORSKY, an individual,
RAPHAEL KHUTORSKY, an individual and,
JECKSON LEONARDO, an individual

Defendants.

---

**ORDER GRANTING ELLENOFF GROSSMAN AND SCHOLE LLP'S**
**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

**THIS CAUSE** having come before the Court on Ellenoff Grossman and Schole LLP's

Motion to Withdraw as Counsel for Defendants, Defendants, Something Good Supper Club, LLC

("Something Good"), Something Short, LLC ("Something Short"), Sando Supplies, LLC ("Sando

Supplies"), Ilan Khutorsky ("Ilan K."), Raphael Khutorsky ("Raphael K."), and Jeckson Leonardo

("Leonardo", and collectively "Defendants") (the "Motion"), and the Court, being duly advised in

the premises, does hereby:

**ORDER AND ADJUDGE** that:

1.      The Motion is granted and the law firm of Ellenoff Grossman and Schole LLP and

its attorneys are hereby permitted to withdraw as attorneys and are hereby relieved of further

responsibility as counsel for Defendants, Something Good Supper Club, LLC ("Something Good"), Something Short, LLC ("Something Short"), Sando Supplies, LLC ("Sando Supplies"), Ilan Khutorsky ("Ilan K."), Raphael Khutorsky ("Raphael K."), and Jeckson Leonardo ("Leonardo", and collectively "Defendants").

2.    Defendants shall have fourteen (14) days from the date of entry of this Order to retain successor counsel. All pending deadlines, proceedings and obligations in this matter are stayed and held in abeyance during this fourteen-day period.

3.    All future pleadings, motions, and correspondence shall be served upon Defendants as follows:

Something Good Supper Club, LLC
Something Short, LLC
Sando Supplies, LLC
Ilan Khutorsky, individually
Raphael Khutorsky, individually
355 Bowery
New York, New York 10003
ilan@somethinggoodhsp.com

**DONE AND ORDERED** in Chambers this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE