UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 24-24068-CIV-MORENO**

MARTIN BORKAN, an individual, and MSB HOSPITALITY, LLC, a Florida Limited Liability Company,

Plaintiffs,

vs.

SOMETHING GOOD SUPPER CLUB, LLC, a Delaware Limited Liability Company, SOMETHING SHORT, LLC, a Delaware Limited Liability Company, SANDO SUPPPLIES, LLC, a New York Limited Liability Company, ILAN KHUTORSKY, an individual, and RAPHAEL KHUTORSKY, an individual,

Defendants.

_______________________________________/

**ORDER GRANTING MOTION FOR WITHDRAWAL**

THIS CAUSE came before the Court upon Berger Singerman, LLP's Motion to Withdraw as Counsel for Defendant **(D.E. 33)**, filed on **September 9, 2025**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Notice is hereby given to Defendants that a corporation may not represent itself. *See National Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.*, 748 F.2d 602, 609 (11th Cir. 1984) (citing 28 U.S.C. § 1654 and holding that corporations must always be represented by counsel). Defendants Something Good Supper Club, LLC, Something Short, LLC, and Sando Supplies, LLC, therefore, cannot proceed to trial unless they obtain substitute counsel by **September 29, 2025**. If no substitute counsel is obtained, the Court will allow Plaintiff to move for entry of default judgment against the corporate Defendants.

Defendants Ilan Khutorsky and Raphael Khutorsky shall represent themselves unless they obtain counsel.

Counsel for Plaintiffs shall forward a copy of this Order to:

Something Good Supper Club, LLC
Something Short, LLC
Sando Supplies, LLC
Ilan Khutorsky, individually
Raphael Khutorsky, individually
355 Bowery
New York, New York 10003
ilan@somethinggoodhsp.com

DONE AND ORDERED in Chambers at Miami, Florida, this 16th of September 2025.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record