UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 24-24068-CIV-MORENO**

MARTIN BORKAN, an individual, and MSB
HOSPITALITY, LLC, a Florida Limited
Liability Company,

        Plaintiffs,

vs.

SOMETHING GOOD SUPPER CLUB, LLC,
a Delaware Limited Liability Company,
SOMETHING SHORT, LLC, a Delaware
Limited Liability Company, SANDO
SUPPPLIES, LLC, a New York Limited
Liability Company, ILAN KHUTORSKY, an
individual, RAPHAEL KHUTORSKY, an
individual, and JECKSON LEONARDO, an
individual,

        Defendants.

_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiffs' Motion for Default Judgment (**D.E. 37**), filed on **October 3, 2025**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. The corporate Defendants failed to comply with the Court's Order (**D.E. 34**) instructing Defendants to obtain substitute counsel by September 29, 2025. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Plaintiffs may file an affidavit indicating the amount due from Defendants by **October 21, 2025**.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th of October, 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record