**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 24-CV-24068-MORENO**

MARTIN BORKAN, an individual,
and MSB HOSPITALITY, LLC,
a Florida Limited Liability Company,

*Plaintiffs*,

vs.

SOMETHING GOOD SUPPER CLUB, LLC,
a Delaware Limited Liability Company,
SOMETHING SHORT, LLC,
a Delaware Limited Liability Company,
SANDO SUPPLIES, LLC,
a New York Limited Liability Company,
ILAN KHUTORSKY, an individual,
RAPHAEL KHUTORSKY, an individual,
and JECKSON LEONARDO, an individual,

*Defendants*.
_______________________________________/

**PLAINTIFFS' AFFIDAVIT**
**<u>PURSUANT TO FED. R. CIV. P. 55(A) AND (B)</u>**

I, Martin Borkan, declare upon personal knowledge, as follows:

1. I am the Plaintiffs in this case individually and as the Managing Member of MSB Hospitality, LLC.

2. On October 21, 2024, Plaintiffs filed a civil action asserting claims:

   a. Under the Federal Declaratory Relief Act and seeking a declaration that payments[1] made by certain Defendants to Plaintiffs pursuant to a *Mediated Settlement Agreement* were derived from an unlawful source; and

[1] The settlement payments made totaled Four Hundred and Fifty Thousand Dollars ($450,000.00).

b. Under the federal Racketeering Influence & Corrupt Organization Act, Title 18 U.S.C. § 1961, *et seq.* ("RICO") and for conspiracy to commit RICO violations including multiple instances of (i) wire fraud in violation of 18 U.S.C. § 1343, (ii) money laundering in violation of 18 U.S.C. §§ 1956 and 1957, and (iii) interstate transportation of persons and of stolen property in violation of 18 U.S.C. § 2314.

3. On October 8, 2025, the Court entered *Default Final Judgment* against Defendants SOMETHING GOOD SUPPER CLUB, LLC, SOMETHING SHORT, LLC, and SANDO SUPPLIES, LLC (collectively, the "Corporate Defendants"). [ECF No. 39].

4. The Corporate Defendants damaged Plaintiffs in the amount of Four Hundred And Fifty Thousand Dollars ($450,000.00) by making payments pursuant to a *Mediated Settlement Agreement* were derived from an unlawful source.

5. Plaintiffs sustained treble damages in the amount of One Million Three Hundred Fifty Thousand Dollars and Zero Cents ($1,350,000.00) under RICO.

6. Plaintiffs paid attorneys' fees of Twenty Two Thousand Seven Hundred Eighty Seven Dollars and Fifty Cents ($22,787.50) and costs totaling One Thousand Five Hundred Forty One Dollars and Seventy Cents ($1,541.70) for which they are entitled to a monetary judgment under RICO.

7. Plaintiffs are entitled to the entry of a default monetary judgment against Defendants SOMETHING GOOD SUPPER CLUB, LLC, SOMETHING SHORT, LLC, and SANDO SUPPLIES, LLC, jointly and severally, in the amount of One Million Three Hundred Seventy Four Thousand Three Hundred Twenty Nine Dollars and Twenty Cents ($1,374,329.20).

I understand that I am swearing or affirming under oath to the truthfulness of the above under penalties of perjury and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

**Dated: <u>October 21, 2025</u>**

**MARTIN BORKAN, individually and as the Managing Member of MSB Hospitality LLC**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 24-24068-CIV-MORENO**

MARTIN BORKAN, an individual, and MSB HOSPITALITY, LLC, a Florida Limited Liability Company,

Plaintiffs,

vs.

SOMETHING GOOD SUPPER CLUB, LLC, a Delaware Limited Liability Company, SOMETHING SHORT, LLC, a Delaware Limited Liability Company, SANDO SUPPPLIES, LLC, a New York Limited Liability Company, ILAN KHUTORSKY, an individual, RAPHAEL KHUTORSKY, an individual, and JECKSON LEONARDO, an individual,

Defendants.

_______________________________________/

**DEFAULT FINAL JUDGMENT**

THIS CAUSE came before the Court upon Plaintiffs' Motion for Default Judgment **(D.E. 37)**, filed on **October 3, 2025**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. The corporate Defendants failed to comply with the Court's Order (**D.E. 34**) instructing Defendants to obtain substitute counsel by September 29, 2025. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Plaintiffs may file an affidavit indicating the amount due from Defendants by **October 21, 2025**.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th of October, 2025.

_______________________________________
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record