**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 24-CV-24068-MORENO**

MARTIN BORKAN, an individual,
and MSB HOSPITALITY, LLC,
a Florida Limited Liability Company,

*Plaintiffs*,

vs.

SOMETHING GOOD SUPPER CLUB, LLC,
a Delaware Limited Liability Company,
SOMETHING SHORT, LLC,
a Delaware Limited Liability Company,
SANDO SUPPLIES, LLC,
a New York Limited Liability Company,
ILAN KHUTORSKY, an individual,
RAPHAEL KHUTORSKY, an individual,
and JECKSON LEONARDO, an individual,

*Defendants*.
_______________________________________________/

**DECLARATION OF JOSEPH I. PARDO, ESQUIRE**
**PURSUANT TO FED. R. CIV. P. 55(A) AND (B)**

I, Joseph I. Pardo, declare upon personal knowledge, as follows:

1. I am the Managing Partner of Pardo Law PLLC, attorneys for Plaintiffs Martin Borkan and MSB Hospitality, LLC.

2. I am a member of the Bar of this Court.

3. I submit this Affidavit in support of *Plaintiffs' Motion for Entry of Default Final Judgment* against Defendant SOMETHING GOOD SUPPER CLUB, LLC, SOMETHING SHORT, LLC, and SANDO SUPPLIES, LLC.

4. Under the federal Racketeering Influence & Corrupt Organization Act, Title 18 U.S.C. § 1961, *et seq.* ("RICO"), Plaintiffs are entitled to recover their attorneys' fees and costs in this action.

5. Plaintiffs have paid attorneys' fees of Twenty Two Thousand Seven Hundred Eighty Seven Dollars and Fifty Cents ($22,787.50) and costs totaling One Thousand Five Hundred Forty One Dollars and Seventy Cents ($1,541.70) for which they are entitled to a monetary judgment under RICO.

6. The breakdown of attorneys' and paralegal fees incurred by Plaintiffs between October 12, 2024 and October 20, 2025 is as follows:

| | | | |
|---|---|---|---|
| Joseph I. Pardo, Esq. | 8.44 hours | $500.00/hour | $ 4,220.00 |
| Melissa L. Mackiewicz, Esq. | 9.50 hours | $500.00/hour | $ 4,750.00 |
| Carita H. Skinner, Esq. | 2.70 hours | $500.00/hour | $ 1,350.00 |
| David Prieto, Esq., Esq. | 12.60 hours | $500.00/hour | $ 6,300.00 |
| Savannah L. Duffy, Esq. | 14.66 hours | $350.00/hour | $ 5,132.50 |
| Elizabeth Osoria, CP, FRP *Paralegal* | 4.14 hours | $250.00/hour | $ 1,035.00 |

7. The costs incurred by Plaintiffs between October 21 and 29, 2024 are as follows:

| | |
|---|---|
| Filing Fee | $ 405.00 |
| Service of Process | $ 1,136.70 |

8. The total attorneys' fees and costs incurred by Plaintiffs between October 12, 2024 and October 20, 2025 is Twenty Four Thousand Three Hundred Twenty Nine Dollars and Twenty Cents ($24,329,20),

I understand that I am swearing or affirming under oath to the truthfulness of the above under penalties of perjury and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: October 21, 2025

**Joseph I. Pardo, Esquire**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 24-24068-CIV-MORENO**

MARTIN BORKAN, an individual, and MSB HOSPITALITY, LLC, a Florida Limited Liability Company,

Plaintiffs,

vs.

SOMETHING GOOD SUPPER CLUB, LLC, a Delaware Limited Liability Company, SOMETHING SHORT, LLC, a Delaware Limited Liability Company, SANDO SUPPPLIES, LLC, a New York Limited Liability Company, ILAN KHUTORSKY, an individual, RAPHAEL KHUTORSKY, an individual, and JECKSON LEONARDO, an individual,

Defendants.
_______________________________________/

**DEFAULT FINAL JUDGMENT**

THIS CAUSE came before the Court upon Plaintiffs' Motion for Default Judgment **(D.E. 37)**, filed on **October 3, 2025**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. The corporate Defendants failed to comply with the Court's Order (**D.E. 34**) instructing Defendants to obtain substitute counsel by September 29, 2025. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Plaintiffs may file an affidavit indicating the amount due from Defendants by **October 21, 2025**.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th of October, 2025.

Federico A. Moreno
_______________________________________
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record