**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 24-CV-24068-MORENO**

MARTIN BORKAN, an individual,
and MSB HOSPITALITY, LLC,
a Florida Limited Liability Company,

*Plaintiffs*,

vs.

SOMETHING GOOD SUPPER CLUB, LLC,
a Delaware Limited Liability Company,
SOMETHING SHORT, LLC,
a Delaware Limited Liability Company,
SANDO SUPPLIES, LLC,
a New York Limited Liability Company,
ILAN KHUTORSKY, an individual,
RAPHAEL KHUTORSKY, an individual,
and JECKSON LEONARDO, an individual,

*Defendants.*
_______________________________________/

**NOTICE OF INDIVIDUAL DEFENDANTS' NON-RESPONSE**
**TO PLAINTIFFS' MOTION TO LIFT STAY [ECF NO. 36]**

Plaintiffs MARTIN BORKAN and MSB HOSPITALITY, LLC ("Plaintiffs"), by and through undersigned counsel, hereby file this Notice to advise the Court as follows:

1. On September 26, 2025, Plaintiffs filed a Status Report and Motion to Lift Temporary Stay. [ECF No. 36].

2. On October 8, 2025, the Court entered a Default Final Judgment against the Corporate Defendants, SOMETHING GOOD SUPPER CLUB, LLC, SOMETHING SHORT, LLC, and SANDO SUPPLIES, LLC. [ECF No. 39].

3. The Individual Defendants' time to respond to the Motion to Lift Temporary Stay expired on Friday, October 10, 2025.

4. As of the date of this filing, none of the Individual Defendants ILAN KHUTORSKY, RAPHAEL KHOTORSKY, or JECKSON LEONARDO filed a response to the Plaintiffs' Motion to Lift Stay.

WHEREFORE, Plaintiffs MARTIN BORKAN and MSB HOSPITALITY, LLC respectfully request that the Court enter an Order:

(1) lifting the Temporary Stay; and

(2) directing the Individual Defendants ILAN KHUTORSKY, RAPHAEL KHOTORSKY, or JECKSON LEONARDO to file a response to the October 21, 2024 Complaint [ECF No. 1] on or before **Friday, October 31, 2025**; and

(3) granting such other and further relief as the Court deems appropriate.

Dated: October 21, 2025

Respectfully Submitted,

**PARDO LAW PLLC**
*Counsel for Plaintiffs*

By: */s/ Joseph I. Pardo*
Joseph I. Pardo, Esquire
Florida Bar No. 1003339
Melissa L. Mackiewicz, Esquire
Florida Bar No. 0637971

1205 Lincoln Road, Suite 211
Miami Beach, Florida 33139
Telephone: (305) 308-7388
Email: joe@pardolawmiami.com
melissa@pardolawmiami.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October 2025, I electronically filed the foregoing document with the Clerk of the Court and electronically served all counsel of record and/or registered parties using the CM/ECF system.

*/s/ Joseph I. Pardo*
Joseph I. Pardo, Esquire