UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 24-24068-CIV-MORENO**

MARTIN BORKAN and MSB
HOSPITALITY, LLC,

   Plaintiffs,

vs.

ILAN KHUTORSKY, RAPHAEL
KHUTORSKY, and JECKSON LEONARDO,

   Defendants.

_____/

### ORDER TO SHOW CAUSE AS TO WHY
### FINAL JUDGMENT SHOULD NOT BE ENTERED

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.  On July 1, 2026, the Clerk entered default (D.E. 52) as to Ilan Khutorsky, Raphael Khutorsky, and Jeckson Leonardo. The Court noted in its Order Directing Clerk to Enter Default (D.E. 51) that default was entered against these same Defendants in the related state court action and that Defendants have failed to participate in this case. Accordingly, it is

**ADJUDGED** that Ilan Khutorsky, Raphael Khutorsky, and Jeckson Leonardo shall file a response with the Court no later than **August 6, 2026**, to show cause why default final judgment should not be entered against them. If Ilan Khutorsky, Raphael Khutorsky, and Jeckson Leonardo fail to file such response, then judgment shall be entered in favor of Plaintiffs and against Defendants. It is further

**ADJUDGED** that Plaintiffs shall file an Affidavit with the Court as to the amount due from Defendants no later than **August 7, 2026**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of July 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Ilan Khutorsky
ilan@somethinggoodhospitality.com

Raphael Khutorsky
raphael@somethinggoodhospitality.com

Jeckson Leonardo
jecksonleonardo1@gmail.com

2