**UNITED STATES COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:24-cv-24068-FAM**

MARTIN BORKAN, *et al.*

Plaintiffs.

v.

SOMETHING GOOD SUPPER CLUB, LLC, *et al.*

Defendants.
_______________________________________ /

**NOTICE OF FILING DECLARATION OF MARTIN BORKAN**

Plaintiffs MARTIN BORKAN and MSB HOSPITALITY, LLC ("Plaintiffs"), and Defendants SOMETHING GOOD SUPPER CLUB, LLC, SOMETHING SHORT, LLC, SANDO SUPPLIES, LLC, ILAN KHUTORSKY, RAPHAEL KHUTORSKY, AND JECKSON LEONARDO, by and through undersigned counsel and pursuant to the Court's July 10, 2026 *Order to Show Cause* [D.E. 53], hereby give notice of filing the attached Declaration of Martin Borkan.

Dated: August 7, 2026

Respectfully Submitted,

**PARDO LAW PLLC**
*Counsel for Plaintiffs*
1205 Lincoln Road, Suite 211
Miami Beach, Florida 33139
Telephone: (305) 308-7388
Email: joe@pardolawmiami.com

By: */s/ Joseph I. Pardo*
Joseph I. Pardo, Esquire
Florida Bar No. 1003339

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

By: */s/ Joseph I. Pardo, Esq.*