**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

**CASE NO. 1:24-cv-24068-FAM**

MARTIN BORKAN, an individual, and MSB HOSPITALITY, LLC, a Florida limited liability company,
Plaintiffs,

v.

SOMETHING GOOD SUPPER CLUB, LLC, a Delaware limited liability company; SOMETHING SHORT, LLC, a Delaware limited liability company; SANDO SUPPLIES, LLC, a New York limited liability company; ILAN KHUTORSKY, an individual; RAPHAEL KHUTORSKY, an individual; and JECKSON LEONARDO, an individual,
Defendants.
_________________________________/

**PLAINTIFFS' STATUS REPORT**

Plaintiffs Martin Borkan and MSB Hospitality, LLC ("Plaintiffs"), by and through undersigned counsel and pursuant to the Court's Order Temporarily Placing Matter in Civil Suspense File, dated March 31, 2025 (the "Order") [D.E. 31], submit this Status Report and state as follows:

1. The Order stayed this action pending resolution of the second state court action, *Martin Borkan, et al. v. Something Good Supper Club, LLC, et al.*, Case No. 2024-019231-CA-01, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "State Court Action") [D.E.

31], and directs the parties to notify the Court "every three months" of "the current status of the second state court action and when this action is ready to proceed." *Id.*

2. **Status of the State Court Action.** The state court entered an Ex Parte Default Final Judgment Against All Defendants on November 21, 2025 [DIN 136]. Defendants' motion to vacate [DIN 139] was denied by order entered May 13, 2026 [DIN 255], after an evidentiary hearing. Defendants filed a Notice of Appeal on June 10, 2026 [DIN 258]. Defendants have not filed their initial brief or moved or taken any substantive action in the appellate proceedings.

3. Plaintiffs' Motion for Entry of Ex Parte Default Monetary Judgment [DIN 260] was set for hearing on September 3, 2026 [DIN 261]; the Court cancelled that hearing and directed that the motion be specially set. Defendants filed an opposition on September 1, 2026 [DIN 262], and Plaintiffs filed a reply on September 2, 2026 [DIN 265]. The motion awaits a special set, and no order has issued. Plaintiffs' motions for contempt [DIN 196] and for sanctions under § 57.105, Florida Statutes [DIN 198] are also pending and directed to a special set.

4. **Status of This Action.** On October 8, 2025, the Court entered default judgment against the three corporate Defendants [D.E. 39]. On July 1, 2026, the Clerk entered default against the three individual Defendants, Ilan Khutorsky, Raphael Khutorsky, and Jeckson Leonardo [D.E. 51, 52]. No Defendant responded to the Court's Order to Show Cause entered July 10,

2026 [D.E. 53]. On August 7, 2026, Plaintiffs filed the Declaration of Martin Borkan as to the amount due from the individual Defendants [D.E. 54, 54-1], and nothing further has been filed. All six Defendants have been unrepresented since October 8, 2025, and no notice of appearance has been filed on behalf of any Defendant.

5. **When This Action Is Ready to Proceed.** The circumstances that warranted the stay have materially changed. In the State Court Action, judgment has been entered against the Defendants [DIN 136] and stands after denial of the motion to vacate [DIN 255]. The showing on which Plaintiffs rely, and the relief they seek, are set out in the Declaration of Martin Borkan [D.E. 54, 54-1], to which Plaintiffs respectfully refer. This action is now postured to proceed to a final disposition.

6. The Order provides that the case "shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to a final disposition." [D.E. 31 at 3]. For the reasons stated, Plaintiffs respectfully suggest that it is appropriate to lift the stay and restore this matter to the Court's active docket.

[Left intentionally blank]

Dated: September 23, 2026

Respectfully submitted,

**PARDO LAW PLLC**
Counsel for Plaintiffs
1205 Lincoln Road, Suite 211
Miami Beach, Florida 33139
Telephone: (305) 308-7388
Email: joe@pardolawmiami.com
aaron@pardolawmiami.
service@pardolawmiami.com

By: /s/ Joseph I. Pardo
Joseph I. Pardo, Esquire
Florida Bar No. 1003339

By: /s/ Aaron R. Modiano
Aaron R. Modiano, Esquire
Florida Bar No. 90563

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of September, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I further certify that a true and correct copy of the foregoing was served by electronic mail on the individual Defendants Ilan Khutorsky, Raphael Khutorsky, and Jeckson Leonardo at ilan@somethinggoodhsp.com, raphael@somethinggoodhsp.com, and jecksonleonardo1@gmail.com, respectively, the electronic-mail addresses at which those Defendants have been served of record [D.E. 44, 47].

By: /s/ Aaron R. Modiano
Aaron R. Modiano, Esquire