**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

**Case Number: 24-24068-CIV-MORENO**

MARTIN BORKAN, an individual, and MSB HOSPITALITY, LLC, a Florida limited liability company,
Plaintiffs,

v.

SOMETHING GOOD SUPPER CLUB, LLC, a Delaware limited liability company; SOMETHING SHORT, LLC, a Delaware limited liability company; SANDO SUPPLIES, LLC, a New York limited liability company; ILAN KHUTORSKY, an individual; RAPHAEL KHUTORSKY, an individual; and JECKSON LEONARDO, an individual,
Defendants.
_________________________________/

**PLAINTIFFS' VERIFIED MOTION FOR ATTORNEYS' FEES AND COSTS AND AFFIDAVIT AS TO THE AMOUNT OF ATTORNEYS' FEES DUE FROM DEFENDANTS**

**1.** Plaintiffs Martin Borkan and MSB Hospitality, LLC, by and through undersigned counsel, and pursuant to the Court's Amended Default Final Judgment entered on October 7, 2026 [D.E. 56], which adjudges that Plaintiffs shall recover from Defendants reasonable attorneys' fees and permits Plaintiffs to file an affidavit indicating the amount of attorneys' fees due from Defendants by October 19, 2026, hereby file this verified motion and affidavit stating the amount due. The amount of attorneys' fees due from Defendants is $38,352.50.

**2.** The judgment giving rise to this motion is the Amended Default Final Judgment entered on October 7, 2026 [D.E. 56]. The ground entitling Plaintiffs to the award is 18 U.S.C. § 1964(c), which provides that a person injured in his business or property by reason of a violation of 18 U.S.C. § 1962 "shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fee."

**3.** Plaintiffs seek an attorney's fee award of $38,352.50, computed as follows. The timekeepers for whom fees are sought, their experience and qualifications, the hours reasonably expended by each, the tasks performed during those hours, and the hourly rate claimed for each are set out in the Declaration of Joseph I. Pardo, filed with this motion, and in the contemporaneous time records attached to it as Exhibit A. Those records comprise 83 time entries, dated October 12, 2024 through September 27, 2026, totaling 83.88 hours. The amount sought is $38,352.50, which is the product of the hours and rates so stated. No amount is sought for clerical or secretarial tasks, for time entries that have been written off in the exercise of billing judgment, for any work performed after entry of the Amended Default Final Judgment, or for any cost sought in Plaintiffs' bill of costs.

**4.** The reasonableness of the hours expended, of the rates claimed, and of the total is addressed in the Declaration of Jonathan S. Feldman, executed October 19, 2026 and filed with this motion.

**5.** Plaintiffs seek no amount in expenses not taxable under 28 U.S.C. § 1920; none is claimed in this motion. No cost claimed in Plaintiffs' bill of costs is claimed here.

**6.** The terms of the applicable fee agreement between Plaintiffs and counsel are: there is no written fee agreement, and counsel's engagement is as billed at the rates stated in the Declaration of Joseph I. Pardo.

**7.** None of the issues of entitlement or amount has been resolved by agreement.

**8.** Filed with this motion are the Declaration of Joseph I. Pardo, with the contemporaneous time records as its Exhibit A, and the Declaration of Jonathan S. Feldman.

WHEREFORE, Plaintiffs respectfully request that the Court fix the amount of reasonable attorneys' fees due from Defendants at $38,352.50, and that the Court grant such other relief as is just and proper.

[Left intentionally blank]

Dated: October 19, 2026

Respectfully submitted,

**PARDO LAW PLLC**
Counsel for Plaintiffs
1205 Lincoln Road, Suite 211
Miami Beach, Florida 33139
Telephone: (305) 684-6320
Email: service@pardolawmiami.com

By: /s/ Joseph I. Pardo
**Joseph I. Pardo, Esquire**
Florida Bar No. 1003339

By: /s/ Aaron R. Modiano
**Aaron R. Modiano, Esquire**
Florida Bar No. 90563

**VERIFICATION**

I, Joseph I. Pardo, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am counsel of record for Plaintiffs, that the time stated is true and correct to the best of my knowledge, information and belief, that the entries are drawn from contemporaneous records kept in the ordinary course of the practice, and that the amount of attorneys' fees due from Defendants is $38,352.50. Executed on October 19, 2026.

By: /s/ Joseph I. Pardo
**Joseph I. Pardo, Esquire**
Florida Bar No. 1003339

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October, 2026, I electronically filed the foregoing document, together with the Declaration of Joseph I. Pardo and its Exhibit A and the Declaration of Jonathan S. Feldman, with the Clerk of the Court using the CM/ECF system. No Defendant is represented by counsel of record, and no notice of appearance has been filed on behalf of any Defendant since October 8, 2025. I further certify that a true and correct copy of the foregoing and of each document filed with it was served on each Defendant listed below, by the method stated, at the address stated, that address being the address the record provides for that Defendant. Service on each Defendant, including service by electronic mail on the individual Defendants, is made out of caution: each Defendant is unrepresented and in default, and Fed. R. Civ. P. 5(a)(2) does not require service on any Defendant in default. The electronic-mail addresses used for the individual Defendants are the addresses those Defendants have provided on the record [D.E. 44, 47].

## SERVICE LIST

**Ilan Khutorsky**
Defendant (individual); unrepresented; in default [D.E. 52, 56]
355 Bowery, New York, New York 10003 (address of record)
No telephone number of record
ilan@somethinggoodhsp.com [D.E. 44, 47]
Method of service: Electronic mail

**Raphael Khutorsky**
Defendant (individual); unrepresented; in default [D.E. 52, 56]
355 Bowery, New York, New York 10003 (address of record)
No telephone number of record
raphael@somethinggoodhsp.com [D.E. 44, 47]
Method of service: Electronic mail

**Jeckson Leonardo**
Defendant (individual); unrepresented; in default [D.E. 52, 56]
355 Bowery, New York, New York 10003 (address of record)
No telephone number of record
jecksonleonardo1@gmail.com [D.E. 44, 47]
Method of service: Electronic mail

**Something Good Supper Club, LLC**
Defendant (Delaware limited liability company); unrepresented since October 8, 2025; in default [D.E. 39, 56]
355 Bowery, New York, New York 10003 (address shown on the Court's docket)
No telephone number of record
No electronic-mail address of record
Method of service: United States mail

**Something Short, LLC**
Defendant (Delaware limited liability company); unrepresented since October 8, 2025; in default [D.E. 39, 56]
355 Bowery, New York, New York 10003 (address shown on the Court's docket)
No telephone number of record
No electronic-mail address of record
Method of service: United States mail

**Sando Supplies, LLC**
Defendant (New York limited liability company); unrepresented since October 8, 2025; in default [D.E. 39, 56]
355 Bowery, New York, New York 10003 (address shown on the Court's docket)
No telephone number of record
No electronic-mail address of record
Method of service: United States mail

/s/ Aaron R. Modiano
Aaron R. Modiano, Esq.
Florida Bar No. 90563