**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

**Case Number: 24-24068-CIV-MORENO**

MARTIN BORKAN, an individual, and MSB HOSPITALITY, LLC, a Florida limited liability company,
Plaintiffs,

v.

SOMETHING GOOD SUPPER CLUB, LLC, a Delaware limited liability company; SOMETHING SHORT, LLC, a Delaware limited liability company; SANDO SUPPLIES, LLC, a New York limited liability company; ILAN KHUTORSKY, an individual; RAPHAEL KHUTORSKY, an individual; and JECKSON LEONARDO, an individual,
Defendants.
_____________________________________/

**EXHIBIT A TO THE DECLARATION OF JOSEPH I. PARDO**

**CONTEMPORANEOUS TIME RECORDS OF PARDO LAW PLLC**

Time entries for this action as exported from the firm's practice-management system on October 13, 2026: 83 entries, October 12, 2024 through September 27, 2026; 83.88 hours; $38,352.50. Entries are listed in date order. Expense entries are not included; no cost or expense is claimed in the motion. Certain descriptions are reduced, some to the category of work performed and others by removing references to the fact of client, co-counsel and internal communications, where the description would otherwise disclose a communication protected by the attorney-client privilege or the substance of

work product; the unredacted records will be produced for in camera review on request.

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/12/2024 | Joseph I. Pardo, Esq. | 2.50 | $500.00 | $1,250.00 | Additional revisions to Complaint for client review; memo to client |
| 10/21/2024 | Joseph I. Pardo, Esq. | 1.75 | $500.00 | $875.00 | Finalize and file Lawsuit |
| 10/22/2024 | Joseph I. Pardo, Esq. | 0.17 | $500.00 | $85.00 | PC with Client (substance redacted: attorney-client privilege). |
| 10/22/2024 | Melissa L. Mackiewicz, Esq. | 0.80 | $500.00 | $400.00 | Draft Corrected Notice of Filing Civil Cover Sheet; draft summonses for the six Defendants (internal communications redacted). |
| 10/25/2024 | Joseph I. Pardo, Esq. | 0.17 | $500.00 | $85.00 | Review and approval of Summonses and Notice of Filing |
| 10/28/2024 | Melissa L. Mackiewicz, Esq. | 0.20 | $500.00 | $100.00 | Meeting with Mr. Pardo regarding strategy. |
| 11/11/2024 | Elizabeth Osoria, CP, FRP | 1.00 | $250.00 | $250.00 | Drafting Summons and Notices, filing |
| 11/11/2024 | Elizabeth Osoria, CP, FRP | 0.50 | $250.00 | $125.00 | Process Service |
| 11/15/2024 | Elizabeth Osoria, CP, FRP | 1.00 | $250.00 | $250.00 | Prepare waivers of summonses for defendants represented by counsel. |
| 11/15/2024 | Melissa L. Mackiewicz, Esq. | 0.40 | $500.00 | $200.00 | Review and edit Waivers of Service of Summonses; electronic communications with defense counsel. |
| 11/18/2024 | Melissa L. Mackiewicz, Esq. | 0.50 | $500.00 | $250.00 | Electronic communications with counsel for Defendants regarding waiver of service and deadline for response to Complaint; edit waiver of service requests. |
| 12/19/2024 | Elizabeth Osoria, CP, FRP | 0.25 | $250.00 | $62.50 | Prepare notice of appearance for Attorney Duffy. |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/16/2025 | Joseph I. Pardo, Esq. | 0.17 | $500.00 | $85.00 | Email to OC rejecting attempted stay of litigation pending result of Breach of Contract lawsuit in state court. |
| 01/17/2025 | Melissa L. Mackiewicz, Esq. | 0.80 | $500.00 | $400.00 | Read and analyze Defendants' Motion to Stay or for Protective Order. |
| 01/22/2025 | Melissa L. Mackiewicz, Esq. | 0.70 | $500.00 | $350.00 | Read and analyze Defendants' motion to stay (substance redacted: work product). |
| 01/27/2025 | Melissa L. Mackiewicz, Esq. | 1.20 | $500.00 | $600.00 | Review of Defendants' motion to stay proceedings (substance redacted: work product). |
| 01/27/2025 | Savannah L. Duffy, Esq. | 2.00 | $350.00 | $700.00 | Analysis of the pleadings regarding abstention (substance redacted: work product). |
| 01/27/2025 | Savannah L. Duffy, Esq. | 2.35 | $350.00 | $822.50 | Legal research (substance redacted: work product). |
| 01/27/2025 | Savannah L. Duffy, Esq. | 1.80 | $350.00 | $630.00 | Drafting the factual background section of the opposition to Defendants' motion to stay (substance redacted: work product). |
| 01/27/2025 | Savannah L. Duffy, Esq. | 4.80 | $350.00 | $1,680.00 | Drafting of legal argument in opposition to the stay motion (substance redacted: work product). |
| 01/31/2025 | Savannah L. Duffy, Esq. | 1.20 | $350.00 | $420.00 | Draft revisions to Opposition to Motion to Dismiss. |
| 01/31/2025 | Savannah L. Duffy, Esq. | 0.80 | $350.00 | $280.00 | Review case law for use in Opposition to Dismiss Complaint (substance redacted: work product). |
| 01/31/2025 | Joseph I. Pardo, Esq. | 2.50 | $500.00 | $1,250.00 | Revise and finalize/file Response to Motion to Stay in RICO action |
| 02/07/2025 | Melissa L. Mackiewicz, Esq. | 0.80 | $500.00 | $400.00 | Read and analyze Defendants' Reply to Opposition to Motion to Stay Discovery. |
| 03/24/2025 | Melissa L. Mackiewicz, Esq. | 0.30 | $500.00 | $150.00 | Meeting with Mr. Pardo regarding case status and strategy. |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 05/16/2025 | Elizabeth Osoria, CP, FRP | 0.30 | $250.00 | $75.00 | Call to judicial assistant regarding pending order. |
| 06/23/2025 | Joseph I. Pardo, Esq. | 0.34 | $500.00 | $170.00 | Review of Court order; internal memorandum regarding case strategy (substance redacted: work product). |
| 06/27/2025 | Elizabeth Osoria, CP, FRP | 0.25 | $250.00 | $62.50 | Finalize and file joint status report. |
| 06/27/2025 | Joseph I. Pardo, Esq. | 0.25 | $500.00 | $125.00 | Revise/submit Joint Status Report to the Court |
| 07/28/2025 | Joseph I. Pardo, Esq. | 0.17 | $500.00 | $85.00 | Client communication regarding case status and strategy (substance redacted: attorney-client privilege). |
| 07/29/2025 | Elizabeth Osoria, CP, FRP | 0.50 | $250.00 | $125.00 | Obtain hearing dates from the judge's calendar; send to attorney Mackiewicz for circulation; prepare notice of hearing. |
| 09/05/2025 | Melissa L. Mackiewicz, Esq. | 0.10 | $500.00 | $50.00 | Electronic communications with Defendant's local counsel regarding anticipated Motion to Withdraw as counsel. |
| 09/19/2025 | Melissa L. Mackiewicz, Esq. | 0.30 | $500.00 | $150.00 | Correspondence regarding the motion to lift stay (substance redacted: work product). |
| 09/23/2025 | Joseph I. Pardo, Esq. | 0.17 | $500.00 | $85.00 | Receipt and review of Motion to Withdraw (Elenoff Grossman); cover letter to Court. |
| 09/23/2025 | Joseph I. Pardo, Esq. | 0.25 | $500.00 | $125.00 | Review/revise Status Report to Court. |
| 09/23/2025 | Melissa L. Mackiewicz, Esq. | 1.20 | $500.00 | $600.00 | Electronic communications with Mr. Ilan Khutorsky regarding the Court's Order; review pleadings in the State Court action; draft Status Report (internal communications redacted). |
| 09/26/2025 | Melissa L. Mackiewicz, Esq. | 0.40 | $500.00 | $200.00 | Edit Status Report and Plaintiff's Motion to Lift Stay. |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/02/2025 | Carita Baroff, Esq. | 2.60 | $500.00 | $1,300.00 | Draft lengthy, case specific Motion for Default Judgment in light of opposing counsel's failure to obtain counsel in compliance with the court's deadline. |
| 10/03/2025 | Elizabeth Osoria, CP, FRP | 0.34 | $250.00 | $85.00 | Finalize and file motion for default |
| 10/03/2025 | Melissa L. Mackiewicz, Esq. | 1.70 | $500.00 | $850.00 | Edit Motion for Entry of Default Judgment against Corporate Defendants. |
| 10/08/2025 | Carita Baroff, Esq. | 0.10 | $500.00 | $50.00 | Analyze Court's Default Final Judgment (ECF No. 39), to prepare for further handling pursuant to same. |
| 10/08/2025 | Melissa L. Mackiewicz, Esq. | 0.30 | $500.00 | $150.00 | Read and analyze the default judgment against the corporate Defendants (internal communication redacted). |
| 10/13/2025 | David Prieto, Esq. | 1.60 | $500.00 | $800.00 | Research re applicability of collateral estoppel for default judgment in federal court. |
| 10/14/2025 | David Prieto, Esq. | 3.60 | $500.00 | $1,800.00 | Research re applicability of collateral estoppel for default judgment in federal court. |
| 10/15/2025 | David Prieto, Esq. | 4.10 | $500.00 | $2,050.00 | Research re applicability of collateral estoppel for default judgment in federal court. |
| 10/16/2025 | David Prieto, Esq. | 1.10 | $500.00 | $550.00 | Research re applicability of collateral estoppel for default judgment in federal court. |
| 10/16/2025 | David Prieto, Esq. | 2.20 | $500.00 | $1,100.00 | Research concerning post-judgment collection and discovery. |
| 10/20/2025 | Melissa L. Mackiewicz, Esq. | 1.30 | $500.00 | $650.00 | Draft of Plaintiff's affidavit pursuant to Fed. R. Civ. P. 55(a) and (b) (internal communications redacted). |
| 10/21/2025 | Savannah L. Duffy, Esq. | 3.20 | $350.00 | $1,120.00 | Draft Affidavit in support of Motion for Final Judgment. |
| 10/21/2025 | Elizabeth Osoria, CP, FRP | 0.42 | $250.00 | $105.00 | File plaintiff's affidavit and J. Pardo's declaration; finalize and file notice of non-response to motion to lift stay |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/21/2025 | Joseph I. Pardo, Esq. | 0.42 | $500.00 | $210.00 | Review declaration and affidavit of damages and attorneys fees; notice of non-compliance |
| 10/21/2025 | Melissa L. Mackiewicz, Esq. | 1.60 | $500.00 | $800.00 | Draft Attorneys' Fees and Costs Affidavit in support of Motion for Entry of Default Judgment; draft Notice of Non-Response to Motion to Lift Temporary Stay. |
| 11/05/2025 | Joseph I. Pardo, Esq. | 1.75 | $500.00 | $875.00 | Draft/revise Proposed Findings of Fact and Proposed Conclusions of Law |
| 11/07/2025 | Joseph I. Pardo, Esq. | 1.34 | $500.00 | $670.00 | Continue drafting Findings of Fact, Conclusions of Law |
| 12/04/2025 | Savannah L. Duffy, Esq. | 1.08 | $500.00 | $540.00 | Legal research on effect of Court's acceptance of related case adjudication on the merits. |
| 12/05/2025 | Savannah L. Duffy, Esq. | 0.36 | $500.00 | $180.00 | Draft Motion to Lift Temporary Stay and Re-Open case. |
| 12/12/2025 | Savannah L. Duffy, Esq. | 1.43 | $500.00 | $715.00 | Reviewed state court Ex Parte Default Final Judgment; drafted supplemental allegations and oral argument request in support of Plaintiffs' Motion to Lift Temporary Stay (substance redacted: work product). |
| 12/16/2025 | Joseph I. Pardo, Esq. | 0.90 | $500.00 | $450.00 | Review and revise motion to lift stay and enter finds of fact |
| 12/23/2025 | Savannah L. Duffy, Esq., Esq. | 0.80 | $500.00 | $400.00 | Review of pleadings; preparation of case summary for client and strategy purposes (substance redacted: attorney-client privilege and work product). |
| 12/23/2025 | Melissa L. Mackiewicz, Esq. | 3.40 | $500.00 | $1,700.00 | Draft and edit status report and motion for order to show cause (internal communications redacted). |
| 03/26/2026 | Joseph I. Pardo, Esq. | 0.17 | $500.00 | $85.00 | Review and revise status report to Court; notice of 90 days expiring |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 03/26/2026 | Melissa L. Mackiewicz, Esq. | 2.50 | $500.00 | $1,250.00 | Review of docket; draft status report and notice of ninety days expiring; notice of service (internal communications redacted). |
| 04/06/2026 | Elizabeth Osoria, CP, FRP | 0.10 | $250.00 | $25.00 | Calendar remaining deadlines to submit status report. |
| 05/04/2026 | Melissa L. Mackiewicz, Esq. | 0.10 | $500.00 | $50.00 | Conversation with Mr. Pardo regarding case status. |
| 05/21/2026 | Aaron R. Modiano, Esq. | 0.90 | $500.00 | $450.00 | Review of file and litigation history for purposes of determining next steps for attorney's fees, liquidated damages, and related materials. |
| 05/28/2026 | Aaron R. Modiano, Esq. | 0.20 | $500.00 | $100.00 | Internal consultation and correspondence regarding preservation of evidence (substance redacted: attorney-client privilege and work product). |
| 06/04/2026 | Aaron R. Modiano, Esq. | 0.30 | $500.00 | $150.00 | Prepare, draft, review, and file notice of appearance. Update file regarding same. |
| 06/23/2026 | Aaron R. Modiano, Esq. | 3.10 | $500.00 | $1,550.00 | Review of file, docket and prior filings; preparation of status update; legal research and drafting in support of the motion to lift stay; preparation of exhibits (substance redacted: work product). |
| 06/24/2026 | Aaron R. Modiano, Esq. | 1.50 | $500.00 | $750.00 | Finalize and edit status report and motion to lift stay; legal research in support (substance redacted: work product). |
| 06/24/2026 | Joseph I. Pardo, Esq. | 0.59 | $500.00 | $295.00 | Review motion to reopen |
| 07/01/2026 | Aaron R. Modiano, Esq. | 0.30 | $500.00 | $150.00 | Correspondence regarding order for entry of clerk's default; receipt and review of order for entry of clerk's default against individual defendants. |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/01/2026 | Aaron R. Modiano, Esq. | 0.20 | $500.00 | $100.00 | Receipt and review of entry of default by clerk against individual defendants; correspondence regarding same. |
| 07/01/2026 | Joseph I. Pardo, Esq. | 0.34 | $500.00 | $170.00 | Receipt and review of order granting default and of the clerk's default (client communication redacted). |
| 07/10/2026 | Aaron R. Modiano, Esq. | 0.20 | $500.00 | $100.00 | Receipt and review of the Court's order to show cause (internal communication redacted). |
| 07/10/2026 | Aaron R. Modiano, Esq. | 0.30 | $500.00 | $150.00 | Receipt and review of the Court's order to show cause; review of the order (internal communications redacted). |
| 07/10/2026 | Aaron R. Modiano, Esq. | 0.20 | $500.00 | $100.00 | Review of docket as to clerk's default; correspond regarding same. |
| 07/13/2026 | Aaron R. Modiano, Esq. | 0.20 | $500.00 | $100.00 | Multiple correspondences regarding order to show cause. |
| 07/31/2026 | Aaron R. Modiano, Esq. | 0.50 | $500.00 | $250.00 | Review of docket; brief legal research regarding default judgment. |
| 08/06/2026 | Joseph I. Pardo, Esq. | 0.50 | $500.00 | $250.00 | Receipt and review of letter to the Court; review docket and default pleadings |
| 08/06/2026 | Joseph I. Pardo, Esq. | 1.75 | $500.00 | $875.00 | Prepare affidavit of damages to District Court Judge |
| 08/07/2026 | Aaron R. Modiano, Esq. | 0.80 | $500.00 | $400.00 | Review of the declaration of damages and of the federal rules regarding attorneys' fees and costs (internal communications redacted). |
| 09/26/2026 | Aaron R. Modiano, Esq. | 0.30 | $500.00 | $150.00 | Review of docket and filings; review and update case plan. |
| 09/27/2026 | Aaron R. Modiano, Esq. | 0.30 | $500.00 | $150.00 | Review and update case plan; correspondence; review docket; review file regarding status report. |
| **Total** | | **83.88** | | **$38,352.50** | **83 entries** |

## Summary by timekeeper

| Timekeeper | Entries | Hours | Rate | Amount |
|---|---|---|---|---|
| Joseph I. Pardo, Esq. | 20 | 16.20 | $500.00 | $8,100.00 |
| Aaron R. Modiano, Esq. (entries billed at $500.00) | 17 | 11.20 | $500.00 | $5,600.00 |
| Savannah L. Duffy, Esq. (entries billed at $350.00 and $500.00) | 10 | 19.12 | $350.00 | $7,137.50 |
| Melissa L. Mackiewicz, Esq. | 19 | 17.40 | $500.00 | $8,700.00 |
| David Prieto, Esq. | 5 | 12.60 | $500.00 | $6,300.00 |
| Carita Baroff, Esq. | 2 | 2.70 | $500.00 | $1,350.00 |
| Elizabeth Osoria, CP, FRP | 10 | 4.66 | $250.00 | $1,165.00 |
| **Total** | **83** | **83.88** | | **$38,352.50** |