UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 24-24068-CIV-MORENO**

MARTIN BORKAN, an individual, and MSB HOSPITALITY, LLC, a Florida Limited Liability Company,

Plaintiffs,

vs.

SOMETHING GOOD SUPPER CLUB, LLC, a Delaware Limited Liability Company, SOMETHING SHORT, LLC, a Delaware Limited Liability Company, SANDO SUPPPLIES, LLC, a New York Limited Liability Company, ILAN KHUTORSKY, an individual, RAPHAEL KHUTORSKY, an individual, and JECKSON LEONARDO, an individual,

Defendants.
_______________________________________/

## ORDER REQUIRING PLAINTIFF'S RESPONSE

THIS CAUSE came before the Court upon Defendants' Motion to Alter or Amend Judgment **(D.E. 59)**, filed on **November 4, 2026**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Plaintiff is required to respond to Defendants' Motion no later than December 4, 2026.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th of November 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record